UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

IN RE:
    Yoko Said

          Debtor

CHAPTER 13
CASE NO. 21-10317-FJB

**ASSENTED TO MOTION TO CONTINUE HEARING SCHEDULED FOR NOVEMBER 21, 2021 AT 10:00 A.M**

Debtor, Yoko Said ("**Said**" or "**Movant**") with the assent of the Massachusetts Department of Revenue (the "**Claimant**") respectfully requests that the Court continue the hearing on the COMMISSIONER OF MASSACHUSETTS DEPARTMENT OF REVENUE'S OBJECTION TO CONFIRMATION OF THE DEBTOR'S SECOND AMENDED CHAPTER 13 PLAN scheduled for November 10, 2021 (the "**Hearing**") to December 1, 2021 at 10:00 A.M or some other date and time convenient to this Court. In support thereof, the Movant states as follows:

Mrs. Said's counsel is presently scheduled, based upon prior plans (finalized in the Spring of 2021), to be out of the Commonwealth (and the United States) on said date and time. Counsel does not know if he would have cellular telephone access on said date. Movant's counsel has spoken with counsel for the Claimant and he advises that he assents to the requested relief.

Both counsel understand that the Court's next Chapter 13 hearing date after November 10, 2021 is December 1, 2021 and both counsel are available to attend a hearing on said date.

**WHEREFORE**, Yoko Said respectfully requests that the Court continue the Hearing to a date convenient to this Court after November 10, 2021 and grant such other relief as the Court deems just and proper in the circumstances.

Dated: September 30, 2021

Respectfully submitted
Yoko Said
By her attorney,

/s/Richard L. Blumenthal
Richard L. Blumenthal (BBO #047150)
Law Offices of Richard L. Blumenthal
343 Washington St, suite 200
Newton, MA 02458
Tel: 617-527-1150

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

IN RE:
    Yoko Said

          Debtor

CHAPTER 13
CASE NO. 21-10317-FJB

**CERTIFICATE OF SERVICE**

    I, Richard L. Blumenthal, hereby certify that on September 30, 2021, I served a copy of the *ASSENTED TO MOTION TO CONTINUE HEARING SCHEDULED FOR NOVEMBER 10, 2021 AT 10:00 A.M* by ECF upon:

- Carolyn Bankowski 13trustee@ch13boston.com

- John Fitzgerald USTPRegion01.BO.ECF@USDOJ.GOV

- Richard C. Demerle on behalf of Creditor U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust as serviced by SN Servicing Corporation RDemerle@DHNewEngland.com, bankruptcy@DHNewEngland.com

- Michael E. Swain on behalf of Creditor U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust as serviced by SN Servicing Corporation mswain@dhnewengland.com, bankruptcy@dhnewengland.com

- David T. Mazzuchelli on behalf of Creditor Massachusetts Department of Revenue mazzucheld@dor.state.ma.us

  and all other parties and representatives that receive notice by ECF.

Dated: September 30, 2021          /s/Richard L. Blumenthal
                                          Richard L. Blumenthal (BBO #047150)
                                          Law Offices of Richard L. Blumenthal
                                          343 Washington St, suite 200
                                          Newton, MA 02458
                                          Tel: 617-527-1150
                                          Fax: 617-964-8676
                                          richardlblumenthal@gmail.com